**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Eugene POHLABLE, Defendant–Appellant.**

No. 09–50252.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 24, 2011.

Robert J. Keenan, Assistant U.S. Attorney, Office of the U.S. Attorney, Santa Ana, CA, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

670

Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Barry L. Morris, Walnut Creek, CA, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Michael Eugene Pohlable appeals from his conditional guilty-plea conviction and 21–month sentence for conspiracy, in violation of 21 U.S.C. § 846, and distribution of methylenedioxymethamphetamine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pohlable's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.